IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY PERRY, | ) | No. C 10-2882 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| C. MCFARLAND, | ) | |
| Defendant. | ) | |

The Court has granted Defendant's motion for summary judgment. Judgment is entered in favor of Defendant and against Plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/3/11

_____
LUCY H. KOH
United States District Judge

Judgment
P:\pro-se\sj.lhk\cr.10\Perry882jud